# Exhibit F

# John Barrett Deposition Excerpts

Page 7

1      Q.   And can you talk about that company's

2   business a little bit.

3           MR. JONES:  Objection to the form of the

4       question.

5      Q.   (By Ms. Besl)  You can answer.

6      A.   Huh?

7      Q.   You can answer.  So --

8      A.   We're a marketing research firm.

9      Q.   Okay.  Marketing research firm.

10          And just also to explain a little bit, at

11   times, your counsel will make objections.  Unless he

12   specifically instructs you not to answer, once he's

13   done -- kind of a legal thing the attorneys like to

14   do is object -- you can feel free to answer when he's

15   done.  I think --  Understand?

16     A.   Uh-huh.

17     Q.   Perfect.

18     A.   Is there a quota?

19     Q.   No.  Though Neil, I think has a goal every

20   deposition but --

21          MR. JONES:  I don't.

22          THE WITNESS:  That's fine.

23     Q.   (By Ms. Besl)  All right.  So you

24   mentioned you're a marketing consulting firm?

25     A.   Yes.  We are.

John Barrett                                    June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

                                                      Page 8

1        Q.      Okay.  And does Consensus Point have any

2    focus on litigation consulting specifically?

3        A.      None.

4        Q.      None.

5        A.      Unless requested.

6        Q.      Unless requested.  How often is litigation

7    consulting been a part of the business of Consensus

8    Point?

9        A.      How long?

10       Q.      Yes.

11       A.      It's not part of our normal portfolio.

12       Q.      How frequently would you say Consensus

13   Point engages in litigation consulting?

14       A.      My experience personally, never.

15       Q.      Never.  Okay.  All right.  When did you

16   join Consensus Point?

17       A.      A little over four years ago.

18       Q.      And what is your current position there?

19       A.      Vice president of sales.

20       Q.      And have you always held that position

21   with Consensus Point?

22       A.      Yes.

23       Q.      Do you know when Consensus Point was

24   founded?

25       A.      A dozen years ago roughly.

John Barrett                                    June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

                                                      Page 14

1        Q.    And you graduated in 1977 from Pace

2    University, right?

3        A.    No.

4        Q.    Or I'm sorry.  No.  Wrong note.

5              You do not have a law degree; is that

6    correct?

7        A.    I do not.

8        Q.    And you don't have any degrees in

9    marketing; is that right?

10       A.    I have an undergraduate degree in business

11   administration with a concentration in marketing.

12       Q.    Okay.  So your degree had a concentration

13   in marketing.  Do you have any separate specialized

14   training in market research?

15       A.    28 years' experience.

16       Q.    But no special certifications or training

17   that you've done separate from your work experience?

18       A.    No.

19       Q.    Now you did not include a copy of your

20   resume with your report, correct?

21       A.    I did not.

22       Q.    All right.  Have you ever offered an

23   expert report in any piece of litigation prior to

24   this one?

25       A.    No.

John Barrett                                    June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 15

1        Q.    Okay.  All right.  I'm going to turn to

2   Page 2 of your report to Section B, Qualifications,

3   which kind of goes through your experience and

4   history.  You mentioned already that you --

5        A.    Uh-huh.

6        Q.    -- have 28 years of experience in market

7   research.

8        A.    Correct.

9        Q.    And none of that is in the context of

10  litigation, correct?

11       A.    Correct.

12       Q.    Looking through your prior employment

13  history, you first list on Page 3, Paragraph 4(a)

14  Intengo.  Am I saying that correct?

15       A.    Uh-huh.

16       Q.    And you said you were a solutions

17  architect, correct?

18       A.    Correct.

19       Q.    And Intengo is a marketing research firm.

20  Is it similar to Consensus Point?

21       A.    If the fact that they are both marketing

22  research firms makes them similar, yes.

23       Q.    How would you consider them different?

24       A.    They are different companies.  They're

25  different organizations.

Page 23

1    management proper, but the opportunity to be able to

2    work with independent bottlers across multistate

3    areas to implement sales and marketing programs.

4         Q.    So any market research activity at

5    Pepsico?

6         A.    No.

7         Q.    No.  Okay.  And then, finally, you also

8    list a position at The Quaker Oats Company titled

9    planning manager.

10              What was the scope of your position there?

11        A.    I had multiple positions at Quaker.

12        Q.    Yeah.

13        A.    I mean, you're talking in the way back

14   machine.  Like early entry sales.  Sales planning and

15   brand management.

16        Q.    And no --

17        A.    No.

18        Q.    No market research?

19        A.    No.

20        Q.    And just to confirm, all of the positions

21   that we just went through from Page 3 of your report,

22   no work in litigation consulting --

23        A.    Huh-uh.

24        Q.    -- or litigation analytics there, correct?

25        A.    No.

John Barrett                                          June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

                                                        Page 26

1    research firm should subscribe.  They do lay out

2    rules of conduct for the industry --

3         Q.    Can you --

4         A.    -- the same way that --

5         Q.    I'm sorry?

6         A.    -- the ABA just defines what you do and

7    how you do your work, I'm sure.

8         Q.    Can you spell CASRO for me.

9         A.    C-A-S-R-O.

10        Q.    C-A-S-R-O.  That's what I thought.

11              Okay.  Have you ever performed a consumer

12   confusion analysis outside of litigation?

13        A.    What is a consumer confusion analysis?

14        Q.    Have you performed a study examining

15   whether consumers would be confused between two

16   products outside of litigation?

17        A.    Confused?

18        Q.    As to the origin, for example.

19        A.    The origin?

20        Q.    The --

21        A.    I mean, none of this is making any sense

22   right now.

23        Q.    So have you ever designed or analyzed a

24   study examining whether consumers would be confused

25   as to the origin of one product or another based on

John Barrett                                June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 27

1    their branding or any kind of packaging design?

2         A.    You mean where it was produced and where

3    it came from?

4         Q.    Correct.

5         A.    And I can't understand why you would ever

6    need something like that.  Why would the consumer

7    care where it was manufactured.

8         Q.    How about the company behind the product,

9    not necessarily the manufacturer?

10        A.    Trying to understand if people know who

11   made it?

12        Q.    For example, if you see a bottle with of

13   Tide and you see a bottle of All on the laundry

14   detergent aisle, have you ever done a study examining

15   whether consumers know both come from Proctor &

16   Gamble or from two different sources?

17        A.    No.

18        Q.    Okay.  Have you ever analyzed the concept

19   of dilution outside of litigation?

20        A.    Define dilution.

21        Q.    Whether or not the use of a mark would

22   have the tendency to dilute the brand strength of

23   another trademark owner.

24        A.    The use of a mark?

25        Q.    A trademark.

John Barrett                                        June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 28

1        A.      Can you rephrase that question.

2        Q.      Sure.  Have you ever analyzed whether the

3    use of a brand name would have a tendency to dilute

4    the strength of another brand name owned by a

5    competitor?

6        A.      No.

7        Q.      Okay.

8        A.      Not that I can recall.

9        Q.      As far as the surveys run by Consensus

10   report, are they done primarily in-house; or do you

11   utilize third-party firms to run the surveys for you?

12               MR. JONES:  Objection to the form of the

13       question.

14       Q.      (By Ms. Besl)  You can answer.

15       A.      I don't understand your question.

16       Q.      Sure.  So as to the source of the surveys,

17   did Consensus Point design all their own surveys

18   in-house?

19       A.      Do we design our surveys?

20       Q.      Yes.

21       A.      Yes.  We do.

22       Q.      Okay.  And do you conduct the surveys

23   in-house?

24       A.      Definitely conduct.

25       Q.      Do you actually send out --  Let's say,

John Barrett                           June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

                                              Page 54

1    discussed when in engaging in survey research,

2    correct?

3          A.    Right.

4          Q.    Have you ever heard of Lanham,

5    L-A-N-H-A-M?

6          A.    No.

7          Q.    Have you ever heard of Professor Thomas

8    McCarthy?

9          A.    No.

10         Q.    Have you ever heard of Shari Diamond?

11         A.    No.

12               Neil Diamond's daughter?

13         Q.    I don't think so.

14               Have you ever heard of Professor

15   McCarthy's treatise, "McCarthy on Trademarks..."?

16         A.    No.

17         Q.    Aside from CASRO, are there any other

18   sources in the industry you would rely upon in

19   designing a survey?

20         A.    They don't necessarily give you guidance

21   on design.  It is more best demonstrated practices.

22         Q.    So are there any other sources you rely

23   on -- upon in determining best --

24         A.    That's the --

25         Q.    -- demonstrated practices?

J-B Weld Company vs. The Gorilla Glue Company

Page 65

```
 1    here, if you want.

 2          Q.    No.  No need.  No need.

 3                All right.  And then do they have a

 4    website for the organization that you're aware of?

 5          A.    Yes.

 6          Q.    Perfect.  Thank you.  All right.  I think

 7    I thought it was a K.

 8          A.    No.  It's with a C.

 9          Q.    Thank you.

10          A.    Your guy should know it, too.  He will.

11          Q.    All right.  Going back to the survey

12    methodology, would you agree that the use of a

13    control test panel is a necessary element of a proper

14    survey?

15          A.    Not always.

16          Q.    And when is it not necessary?

17          A.    If you are --  If you're testing multiple

18    environments and the impact of one specific issue on

19    another, then, yes, a test control.

20                If you're merely seeking knowledge and

21    understanding of behavioral patterns or attitudinal

22    patterns, there's no reason for a control.

23          Q.    And on what basis do you make that

24    statement?

25          A.    28 years of experience.
```

Page 66

1      Q.    So is this part of the CASRO --

2      A.    I can't tell you --

3      Q.    -- guidebook?

4      A.    I don't --  I can't quote chapter and

5  verse out of their guidebook.

6      Q.    Okay.  And when I say guidebook, I'm just

7  referring --  You mentioned there was a compendium of

8  information --

9      A.    Uh-huh.

10      Q.    -- that would dwarf your report, you said?

11      A.    Yes.

12      Q.    And is --

13      A.    Uh-huh.

14      Q.    -- that understood?

15            Okay.  Thank you.  In the context of

16  litigation surveys, surveys offered for the purpose

17  of giving opinions in the litigation, do you have any

18  opinion as to whether a control's considered to be

19  necessary in those cases?

20      A.    No, because I have not done any others

21  than this.

22      Q.    I asked you earlier about a gentleman

23  named McCarthy and a treatise on McCarthy on

24  trademarks.  Would it surprise you to learn that

25  McCarthy has been quoted as stating that without a

John Barrett                                           June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 67

1    control, you cannot show that consumer beliefs are

2    attributed to the challenged advertisement and not

3    due to some other source?

4            MR. JONES:  Objection to the form of the

5        question.

6        Q.    (By Ms. Besl)  If you understand, you can

7    answer.

8        A.    I have no reason that it would surprise

9    me, 'cause I have not heard it before.

10       Q.    Do you agree with the statement that a

11   control is necessary --

12       A.    I don't understand the context in which

13   you made a statement.

14       Q.    Let me give you the full quote.

15            One who uses a consumer perception survey

16   without a control probably cannot show that consumer

17   beliefs are attributable to the challenged

18   advertisement and not due to some other source.

19            Do you agree with --

20       A.    If you're --

21       Q.    -- that statement?

22       A.    -- doing a test control for the impact of

23   advertising, he's correct.

24            This is not an advertising test.

25       Q.    You don't consider the survey you

John Barrett                                      June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 68

1    conducted to be a review of advertisement on

2    packaging?

3              MR. JONES:  Objection to the form of the

4         question.

5         Q.    (By Ms. Besl)  If you understand, you can

6    answer.

7         A.    I don't understand.

8         Q.    Your survey examines statements on the

9    packaging of different products; is that correct?

10        A.    Yes.

11        Q.    And would you not consider those

12   statements to be advertising on the part of the --

13        A.    In its simplest form.

14        Q.    But you would still disagree that a

15   control was not necessary for a survey of your type?

16        A.    If --

17             MR. JONES:  Object to the form of the

18        question.

19             Can I hear that question back, please.

20             (Whereupon, the record was read by the

21        reporter as requested.)

22             MR. JONES:  Okay.  I've heard enough.

23        That's why I objected.

24        Q.    (By Ms. Besl)  Okay.  If you understand

25   the question, you can answer.

John Barrett                                    June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 69

1        A.      Rephrase.

2        Q.      Sure.  You would agree that the statements

3     that you analyzed on the products at issue, are

4     advertising on the packaging, correct?

5        A.      Correct.

6        Q.      And you would agree that in an

7     advertisement study, a control would be necessary,

8     correct?

9        A.      If you're testing the impact of change in

10    advertising, yes.

11       Q.      But not the --

12       A.      If you're evaluating the change in

13    behavior as a result of the advertising, yes.

14               There was no change.  No control

15    necessary.

16       Q.      Okay.

17       A.      There's no altered reality out there.

18       Q.      What do you mean by altered reality?

19       A.      That's what your friends appears to be

20    talking about is an altered reality.

21       Q.      What do you mean by altered reality?

22       A.      Do you buy that 'cause it's got a blue

23    label?

24               Now if it's a green label, would you buy

25    it?

John Barrett                                   June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 70

1       Q.    And you're --

2       A.    That's a change in reality.  I mean --

3       Q.    So for example --

4       A.    -- that's where you need.  Like we would

5    potentially need a control.

6       Q.    Okay.

7       A.    I'm looking at a static environment in

8    which no change is possible.

9       Q.    Okay.  So you have used controls before in

10   surveys that you have run for customers; is that

11   correct?

12      A.    New product concept testing, I generally

13   almost always use a control.  It's important.

14   Otherwise, you can end up with the tallest midget on

15   the tree.

16      Q.    Did you discuss potentially having a

17   control for this survey offered in this case?

18           MR. JONES:  And objection to form of that

19      question.

20           I instruct you not to answer to the extent

21      that it involves discussions with counsel; but

22      at this point, it's a yes-or-no question.  I

23      just don't want to you disclose any discussion

24      with counsel.

25           THE WITNESS:  No.

Page 87

1      Q.    Yeah.  That's fine.

2      A.    And B is --

3      Q.    And you can do B.

4      A.    And B is the other one.  Okay.

5      Q.    Yeah.  I just wanted to try and shorten

6  it.

7      A.    Yeah.  That's fine.

8            (Discussion ensued off the record.)

9      Q.    (By Ms. Besl)  Wouldn't you agree that for

10  surveys in litigation, it's accepted practice to

11  start that -- a survey with an open-ended question

12  rather than a close-ended question?

13     A.    I have no comment.

14     Q.    So you wouldn't --

15     A.    I have no experience in litigation, so I

16  can't answer your question.

17     Q.    Did you do any kind of research in

18  preparing the study, given that it was focused on

19  litigation which you had not done before?

20     A.    No.

21     Q.    So you mentioned earlier that Question 8

22  did not allow the respondents to select more than one

23  answer, correct?

24     A.    Correct.

25     Q.    So if a Respondent believed that both of

John Barrett                                    June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 89

1    adhesive --

2        A.    Uh-huh.

3        Q.    -- based on the packaging itself?

4        A.    Uh-huh.

5        Q.    Okay.  All right.

6        A.    As a consumer.

7        Q.    All right.  In your report on Page 9,

8    Paragraph 12, you state that, "The survey data

9    indicates that consumers understand that an epoxy

10   adhesive has a particular chemical composition,

11   namely, an epoxy resin"; is that correct?

12       A.    Yes.

13       Q.    Where in either Options A or B does epoxy

14   resin refer to a particular chemical composition?

15             MR. JONES:  Objection to the form of the

16       question.

17       Q.    (By Ms. Besl)  You can answer.

18       A.    Can you try that one again.

19       Q.    Sure.  Where in Question 8 in the wording

20   of Options A and B does it state that epoxy resin is

21   referring to a particular chemical composition?

22       A.    It states it in B.  There's the word

23   "chemicals" in there.

24       Q.    But it doesn't use the word "epoxy resin"

25   in relation to chemicals, correct?

Page 90

1        A.      Not from what I'm seeing in those words.

2        Q.      And, in fact, that Option B where it

3   references chemicals, only 19 percent of people

4   selected that, correct?

5        A.      That's what the data is telling us.

6        Q.      Okay.  The words "chemical composition"

7   don't appear anywhere in your survey, do they?

8        A.      Not that I see.

9        Q.      Are you aware of a single open-ended

10  written response from one of the respondents

11  referencing chemical composition in your survey?

12              You can start with Question 8 here.

13        A.      I've not gone through all the open-ended

14  responses.  That's not a no.  That's an I don't know.

15        Q.      Okay.  And you included all of the

16  open-ended responses as Exhibit D to your survey, is

17  that right?

18        A.      That should be in the exhibit.  Yes.

19        Q.      Are you aware of a single open-ended,

20  written response from a respondent to Question 8

21  referencing the word "chemical"?

22        A.      I am not.

23        Q.      So on what basis did you assume that a

24  response related to epoxy resin equates with a

25  chemical composition in Question 8?

John Barrett                                    June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 91

1        A.     And they're chemicals.

2        Q.     Do you understand that an --

3        A.     And you put them together.  That's a

4    composition.

5        Q.     So your understanding is that epoxy resin

6    refer to a chemical?

7        A.     If you're going to get technical with me

8    on chemicals, I'm not answering it, 'cause I don't

9    know what your question is so --

10       Q.     In coming to your conclusion in giving

11   your opinion that an epoxy adhesive is understood by

12   consumers to have a particular chemical composition,

13   what do you understand an epoxy resin to describe?

14       A.     I'm not sure I understand your question.

15   I'm sorry.  I don't want to sound dense, but --

16       Q.     No.  No.

17       A.     -- it sounds like you're asking me to be a

18   chemist.

19       Q.     Not at all.

20       A.     And I am not.

21       Q.     Not at all.  I'm just trying to

22   understand.  You offered two alternatives to

23   consumers to select the best answer.  The result of

24   your survey state that 70 percent of those selected

25   Option A which refers to a two-part adhesive system

Page 92

1    combining an epoxy resin with a hardener, correct?

2         A.    Correct.

3         Q.    And there's no reference to an epoxy resin

4    being a specific chemical composition in that option,

5    correct?

6         A.    That's correct.

7         Q.    And you conclude that that answer and the

8    results lead to a conclusion that an epoxy adhesive

9    has a particular composition, namely, an epoxy resin;

10   is that correct?

11        A.    Yes.

12        Q.    So my question is:  Given that conclusion,

13   what is it your understanding of the words "epoxy

14   resin" were supposed to convey to the respondents in

15   the survey?

16        A.    You have two things in here.  They're a

17   chemical, and you have to put them together to make

18   them work.  That's a chemical composition.

19        Q.    Okay.

20        A.    Is it not?

21        Q.    Is that something that you were told to

22   use in the survey, the wording "epoxy resin"?

23             MR. JONES:  And objection to the extent

24        that that calls for disclosure of

25        attorney-expert communications.

John Barrett                                              June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

Page 170

1        A.      Uh-huh.  Yes, ma'am.

2        Q.      Did you do any investigation into whether

3    an epoxy resin can chemically be something other than

4    an epoxy ring chemistry?

5        A.      I don't know what a epoxy ring chemistry

6    means.

7        Q.      So did you do any investigation into epoxy

8    ring chemistry in formulating your survey?

9        A.      I don't know what it is, so I don't know

10   why I should investigate it.

11       Q.      So you have no idea whether an epoxy resin

12   could consist of a urethane chemistry, correct?

13       A.      I'm not a chemist.

14       Q.      And you have no idea whether an epoxy

15   resin could consist of a methyl methacrylate

16   chemistry, correct?

17       A.      I'm not a chemist.

18       Q.      Okay.  So that's a no?

19               All right.  Did any of your questions in

20   your survey specifically ask the respondents about

21   whether or not an epoxy resin has a specific type of

22   chemistry to it?

23       A.      No.

24       Q.      All right.

25       A.      Do you really think they care at the end

John Barrett                                    June 26, 2018
J-B Weld Company vs. The Gorilla Glue Company

                                              Page 171

1    of the day if it takes two things, you put it

2    together, and it stays there?  They're happy.

3             MS. BESL:  You would know better than I.

4             All right.  And then I think that's it for

5        me.  So thank you very much.

6             MR. JONES:  Just one final question.

7        FURTHER EXAMINATION

8        BY MR. JONES:

9        Q.    I think you basically testified to a few

10   questions just then about your knowledge of

11   chemistry.  Do you consider yourself a chemistry

12   expert?

13       A.    Absolutely not.

14       Q.    For the purpose of this case, do you

15   consider yourself a survey expert?

16       A.    Yes.

17       Q.    All right.

18       A.    Chemistry was one of the courses as a

19   junior in high school.  Come on.

20            MR. JONES:  All right.  No further

21       questions.

22            MS. BESL:  We're all done.  So I'm

23       guessing you're going to read.

24            MR. JONES:  We will reserve reading and

25       signing.